RECEIVED
MAY 15 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HENRY C. ANEKWU, Petitioner | CIVIL ACTION NO. 1:18-CV-1567-P |
| VERSUS | JUDGE DEE D. DRELL |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL., Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 3), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Anekwu's Complaint and Motion for Preliminary Injunction contained therein (Doc. 1) are hereby DENIED and DISMISSED, IN PART WITHOUT PREJUDICE for lack of jurisdiction, and IN PART WITH PREJUDICE for failing to state a claim for which relief can be granted.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 14th day of MAY, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE